IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS CONTRERAS GALVAN,

        Petitioner,                  No. CIV S-09-2633 EFB P

    vs.

R.E. BARNES,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

        Petitioner challenges a conviction in the Stanislaus County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

        2. The Clerk of Court shall assign a new case number.

////

////

////

////

1     3. All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED: September 29, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2